RAFII & ASSOCIATES, P.C.
Christopher K. Roberts, SBN 232791
 *christopher@rafiilaw.com*
Payam Mahram, SBN 23388
 *payam@rafiilaw.com*
9100 Wilshire Boulevard, Suite 465E
Beverly Hills, California 90212
Telephone:   310.777.7877
Facsimile:   310.777.7855

Attorneys for Plaintiff:  Doraima Lopez

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
HEIDI M. YOSHIOKA (SBN 149580)
heidi.yoshioka@qpwblaw.com
YURIKO M. SHIKAI (SBN 229232)
yuriko.shikai@qpwblaw.com
515 S. Flower Street, Suite 1800
Los Angeles, California 90071
Tel.: (213) 371-5380 | Fax: (213) 371-5381

Attorneys for Defendants
COSTCO WHOLESALE CORPORATION
and COSTCO WHOLESALE MEMBERSHIP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORAIMA LOPEZ, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation;<br>COSTCO WHOLESALE MEMBERSHIP, INC., a California Corporation; and<br>DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 2:26-cv-04570-WLH-BFM<br><br>**ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER** |

ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER

## ORDER

Good cause appearing, the Court hereby approves the Parties' Stipulation for Protective Order.


**IT IS SO ORDERED.**


Dated: ___JULY 6___, 2026

_____
Honorable Brianna Fuller Mircheff
United States Magistrate Judge

ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER